UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE WOODRAL,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>          Defendants. | Case No.  1:20-cv-00372-NONE-BAM<br><br>**ORDER RE STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. No. 14) |

On September 14, 2020, the parties filed a stipulation to allow Plaintiff Donnie Woodral ("Plaintiff") leave to file a first amended complaint. (Doc. No. 14.) Plaintiff explained that after serving written discovery requests, he "learned the name of Deputy Nathan Crain that released the K-9 on Plaintiff." (*Id.* at 1.) Thereafter, Defendant County of Stanislaus agreed to stipulate to allow Plaintiff to file a first amended complaint naming Deputy Crain as a defendant. (*Id.*)

On September 18, 2020, the Court directed Plaintiff to supplement the parties' stipulation with a proposed first amended complaint. (Doc. No. 15.)

On October 5, 2020, Plaintiff submitted his proposed first amended complaint for damages. (Doc. No. 16.)

Having considered the parties' stipulation and the proposed first amended complaint, Plaintiff's request for leave to file a first amended complaint to name Deputy Crain is GRANTED. Within five (5) days of the date of this Order, Plaintiff shall file his first amended

complaint.  Defendant County of Stanislaus shall file its responsive pleading within fourteen (14) days after the filing of the first amended complaint.  Defendant Crain shall file his responsive pleading to the first amended complaint within twenty-one (21) days after service of summons and the first amended complaint.

IT IS SO ORDERED.

Dated: **October 6, 2020**         /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE