**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE WOODRAL,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No: 1:20-cv-00372-NONE-BAM<br><br>**STIPULATION & ORDER**<br>**FOR LEAVE TO EXTEND DEADLINE**<br>**FOR EXPERT DISCOVERY** |

WHEREAS, the Current Case Schedule has the Close of Expert Discovery set for June 7, 2021.

WHEREAS, the parties had scheduled the two expert deposition to take place the first week of June, 2021.

WHEREAS, Plaintiff's counsel unexpectedly had a trial rescheduled and take place from May 17-May 28.

WHEREAS, Plaintiff's counsels schedule has been severely impacted by the trial taking place and caused him unable to accomplish and conduct the expert depositions the first week of June.

WHEREAS, the parties met and conferred and agreed to reschedule the depositions for later in June and extend the date of the close of expert discovery to June 30, 2021.

WHEREAS, the extension of the close of expert discovery will not impact any other date in the Court's Case Schedule.

WHEREAS, for all the aforementioned reasons the parties agree to stipulate and there exists GOOD CAUSE to extend the Close of Expert Discovery to June 30, 2021.

Date: May 27, 2021

**POINTER & BUELNA, LLP**

**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

Date: May 27, 2021

**RIVERA HEWITT PAUL LLP**

/s/ Shanan Hewitt (as authorized on 05/17/21)
SHANAN HEWITT
COUNSEL FOR DEFENDANT
COUNTY OF STANISLAUS

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Scheduling Conference Order is HEREBY MODIFIED and the deadline for completion of expert discovery is EXTENDED to June 30, 2021.

IT IS SO ORDERED.

Dated: **May 28, 2021**            /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE