**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE WOODRAL,<br><br>　　　　　Plaintiff,<br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants. | Case No: 1:20-cv-00372-NONE-BAM<br><br>**STIPULATION & [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER** |

　　　WHEREAS, the Current Scheduling Order has the Close of Expert Discovery set for June 7, 2021.

　　　WHEREAS, the parties had scheduled the two expert deposition to take place the first week of June, 2021.

　　　WHEREAS, Plaintiff's counsel unexpectedly had a trial rescheduled and take place from May 17-May 28, 2021.

　　　WHEREAS, Plaintiff's counsel's schedule has been severely impacted by the trial taking place and caused him to be unable to accomplish and conduct the expert depositions.

WHEREAS, Plaintiff's expert has been called to several trials due to the return of trials after COVID-19 restrictions lifted and has been unavailable to attend his deposition on any of the dates previously noticed by defense counsel.

WHEREAS, the parties met and conferred and agreed to reschedule the depositions for July or early August and extend the date to complete expert discovery to August 16, 2021 for the purposes of completing expert depositions.

WHEREAS, the current case schedule is as follows:

Expert Discovery Deadline – 6/30/2021

Deadline to File Dispositive Motions – 9/7/2021

Pretrial Conference – 1/24/2022

WHEREAS, the parties propose to modify the schedule as follows:

Expert Discovery Deadline – 8/16/2021

Deadline to File Dispositive Motions – 10/5/2021

Pretrial Conference – 1/24/2022

WHEREAS, for all the aforementioned reasons the parties agree to stipulate and respectfully request to modify the Scheduling Order in order to complete the expert depositions by August 16, 2021 and move the filing deadline for dispositive motions to 10/5/2021.

Date: July 23, 2021

                                    **POINTER & BUELNA, LLP**

                                    **LAWYERS FOR THE PEOPLE**

                                    /s/ Patrick Buelna
                                    PATRICK M. BUELNA
                                    COUNSEL FOR PLAINTIFFS

Date: July 23, 2021

**RIVERA HEWITT PAUL LLP**

/s/ Shanan Hewitt (as authorized on 07/23/21)
SHANAN HEWITT
COUNSEL FOR DEFENDANT
COUNTY OF STANISLAUS

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the request to modify the Scheduling Order deadlines to complete expert discovery and to file dispositive motions is GRANTED. The deadline to complete expert discovery is extended to **August 16, 2021**, and the deadline to file dispositive motions is extended to **October 5, 2021**. The pretrial conference remains as scheduled on January 24, 2022.

IT IS SO ORDERED.

Dated: **July 26, 2021**        /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

iii