UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE WOODRAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendant. | Case No.  1:20-cv-00372-JLT-BAM<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PLAINTIFFS** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on December 15, 2020, Plaintiff filed his First Amended Complaint (hereinafter "FAC") in the above-captioned matter. (ECF No. 18).

WHEREAS, on July 25, 2022, Plaintiff Donnie Woodral died. (ECF No. 48).

WHEREAS, Plaintiff Donnie Woodral is survived by three children: Amanda Dawson, Garrett Woodral, and Dustin Woodral.

WHEREAS, Donnie Woodral was not married at the time of his death and has no other children.

WHEREAS, Amanda Dawson, Garrett Woodral, and Dustin Woodral survive their father as his successors-in-interest.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that Amanda

Dawson, Garrett Woodral, and Dustin Woodral be substituted into the above-captioned case as plaintiffs, pursuant to F.R.C.P. 25(a).

Dated: September 26, 2022    Respectfully submitted,
By: */s/ Ty Clarke*
Ty Clarke
Attorney for Plaintiff

Dated: September 26, 2022    Respectfully submitted,
By: */s/ Jill B. Nathan*
Jill B. Nathan
Attorney for Defendants

**ORDER**

Good cause appearing, the parties' stipulation regarding the substitution of plaintiffs in this action is **GRANTED**.

IT IS SO ORDERED.

Dated:   **September 26, 2022**

UNITED STATES DISTRICT JUDGE