UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DAWSON, GARRETT WOODRAL, DUSTIN WOODRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, NATHAN CRAIN,<br><br>Defendants. | Case No. 1:20-cv-0372-BAM<br><br>**ORDER TO RECAPTION CASE** |

On September 20, 2022, Plaintiff filed a Suggestion of Death on the record of Plaintiff Donnie Woodral. On September 23, 2022, the parties filed a stipulation substituting Plaintiff's children for Plaintiff. On September 27, 2022, the Court entered an order substituting the decedent's children as Plaintiffs in this case pursuant to Federal Rule of Civil Procedure 25(a) (Doc. No. 51.) Therefore, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated:   **October 27, 2022**              /s/ Barbara A. McAuliffe            _
                                                      UNITED STATES MAGISTRATE JUDGE

1