UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DAWSON, GARRETT WOODRAL, DUSTIN WOODRAL, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF STANISLAUS, NATHAN CRAIN, <br><br>Defendants. | No. 1:20-cv-00372-BAM <br><br>**ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATES** |

**<u>ORDER</u>**

On January 11, 2022, the Court vacated the pretrial conference pending resolution of the parties' cross motions for summary judgment. (Doc. 43.) On March 9, 2023, following resolution of the parties' cross motions, the Court convened a status conference to discuss potential trial dates. (Doc. 66.) The parties informed the Court that they required time to meet and confer to propose dates for a pretrial conference and trial. (*Id.*) The parties subsequently met and conferred and proposed dates for pretrial conference and trial.

///

///

///

///

Based on the foregoing and good cause appearing, the Court sets a STATUS CONFERENCE for **October 24, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Status Report one week prior to the conference, addressing any remaining issues the parties would like to discuss.  The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

The Court further sets the pretrial conference and trial dates as follows:

| | | |
|---|---|---|
| **1.** | **Pretrial Conference** | February 8, 2024, at 9:00 AM in Courtroom 8 (BAM) |
| **2.** | **Trial** | April 15, 2024, at 8:30 AM in Courtroom 8 (BAM) |

IT IS SO ORDERED.

Dated:   **April 5, 2023**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE