**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
PATRICK BUELNA, ESQ., SBN 317043
Email: PBuelna@LawyersFTP.com
TY CLARKE, ESQ., SBN 339198
Email: tclarke@lawyersftp.com

Attorneys for Plaintiffs,
AMANDA DAWSON, GARRETT WOODRAL, and
DUSTIN WOODRAL, as co-successors in interest to
Donnie Woodral, deceased

**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Tel: 916-922-1200 | Fax: 916 922-1303
Shanan L. Hewitt, SBN 200168
Email: shewitt@rhplawyers.com
Jill B. Nathan, SBN 186136
Email: jnathan@rhplawyers.com

Attorneys for Defendants
COUNTY OF STANISLAUS and
NATHAN CRAIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

AMANDA DAWSON, GARRETT WOODRAL, and DUSTIN WOODRAL, as co-successors in interest to Donnie Woodral, deceased,

Plaintiffs,

v.

STANISLAUS COUNTY and NATHAN CRAIN,

Defendants.

Case No.: 1:20-cv-00372-BAM

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES**

PLEASE TAKE NOTICE that Plaintiffs AMANDA DAWSON, GARRETT WOODRAL, and DUSTIN WOODRAL, as co-successors in interest to Donnie Woodral, deceased, and Defendants COUNTY OF STANISLAUS and NATHAN CRAIN (collectively known as "the Parties"), through their respective attorneys of record, hereby stipulate and notify this Court as follows:

WHEREAS, the Parties have reached an agreement to settle this entire action.

WHEREAS, the Parties request that all dates and deadlines be vacated, including the settlement conference and trial date, based on the Parties' settlement of the entire action.

WHEREAS, the Parties further request that the Court retain jurisdiction over this action for a period of sixty (60) days to allow time for the Parties to consummate the terms of the settlement, including payment of the settlement funds, and to file a stipulated request for dismissal with prejudice.

WHEREAS, based on the above, good cause exists for granting the Parties' stipulation.

**IT IS SO STIPULATED.**

Dated: April 25, 2023

Respectfully Submitted,
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

*/s/ Ty Clarke*
PATRICK BUELNA, ESQ.,
TY CLARKE, ESQ.
Attorneys for Plaintiffs
AMANDA DAWSON, GARRETT WOODRAL, and DUSTIN WOODRAL, as co-successors in interest to Donnie Woodral, deceased

Dated: April 25, 2023

Respectfully Submitted,
RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*
SHANAN L. HEWITT, ESQ.
JILL B. NATHAN, ESQ.
Attorneys for Defendants
COUNTY OF STANISLAUS
and NATHAN CRAIN